# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1726
_____

Frederick Smith,

*Plaintiff - Appellant,*

v.

Rick G. McKelvey, Officer; Arkansas State Police Department,

*Defendants - Appellees.*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro
_____

Submitted: August 1, 2016
Filed: August 4, 2016
[Unpublished]
_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Frederick Smith appeals district court's[1] 28 U.S.C. § 1915(e)(2) dismissal, without prejudice, of his pro se complaint under 42 U.S.C. §§ 1983 and 1985. Smith

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

also sought to bring claims under the Racketeer Influenced and Corrupt Organizations Act; under 18 U.S.C. §§ 241, 242; and under Arkansas law.

Upon careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that all of Smith's federal claims were subject to dismissal, *see Rotella v. Wood*, 528 U.S. 549, 553, 557-58 (2000); *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973); *Jones v. Frost*, 770 F.3d 1183, 1185 (8th Cir. 2014), and that the district court was warranted in declining to exercise supplemental jurisdiction over Smith's state-law claims, *see* 28 U.S.C. § 1367(c). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____